```
PHILLIP A. TALBERT
United States Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>KARAPET YARMAGYAN,<br><br>            Defendant. | 2:21-po-00303-CKD<br><br>STIPULATION AND ORDER TO VACATE TRIAL CONFIRMATION HEARING AND BENCH TRIAL AND SET CHANGE OF PLEA AND SENTENCING<br><br>DATE:  March 3, 2022<br>TIME:  9:30 a.m.<br>JUDGE: Hon. Carolyn K. Delaney |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a trial confirmation hearing on February 17, 2022 at 9:30 a.m.

2. By this stipulation, the parties now jointly move to vacate the trial confirmation hearing.

3. Additionally, by previous order, this matter was scheduled for a bench trial on March 3, 2022 at 9:30 a.m.

///

4. By this stipulation, the parties now jointly move to vacate the bench trial and set a change of plea and sentencing on March 3, 2022 at 9:30 a.m. to be held via video conference.

IT IS SO STIPULATED.

DATED: February 14, 2022          PHILLIP A. TALBERT
                                  United States Attorney


                            By:   */s/ John Scanlon*
                                  JOHN E. SCANLON
                                  Special Assistant U.S. Attorney



                                  */s/ Linda Allison*
                                  LINDA C. ALLISON
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  (*Approved via email on 2/14/2022*)


**FINDINGS AND ORDER**

IT IS SO ORDERED, that the trial confirmation hearing currently scheduled on February 17, 2022 at 9:30 a.m. shall be vacated, the bench trial scheduled on March 3, 2022 at 9:30 a.m. shall be vacated, and a change of plea and sentencing be set on March 3, 2022 at 9:30 a.m. to be held via video conference.

FOUND AND ORDERED

Dated:  February 15, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE